286 So.2d 62

**In re Raymond A. KLEMMER, alias**

**v.**

**STATE.**

**Ex parte Raymond A. Klemmer.**

**SC 563.**

Supreme Court of Alabama.

Oct. 25, 1973.

Rehearing Denied Dec. 13, 1973.

Andrew J. Gentry, Jr., Auburn, for petitioner.

No brief for the State.

MERRILL, Justice.

Petition of Raymond A. Klemmer for Certiorari to the Court of Criminal Ap-

peals to review and revise the judgment and decision of that Court in Klemmer, alias v. State, 51 Ala.App. ——, 286 So.2d 58.

Writ denied.

HEFLIN, C. J., and HARWOOD, MADDOX and FAULKNER, JJ., concur.